

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00394-CV

---

SANDRA JOYCE HEMPHILL                                                    APPELLANT

V.

LARRY MOFFETT                                                              APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

This is an attempted appeal from the trial court's final judgment of October 1, 2013, in favor of Appellee Larry Moffett. On November 6, 2013, Appellant Sandra Joyce Hemphill filed a notice of appeal from the trial court's judgment. *See* Tex. R. App. P. 25.1. On November 8, 2013, we notified Hemphill that her notice of appeal appeared untimely and advised that we would dismiss her

---

[1]*See* Tex. R. App. P. 47.4.

appeal for want of jurisdiction if she did not file a verified response by November 18, 2013, showing a reasonable explanation for the late notice of appeal. *See* Tex. R. App. P. 10.2, 10.5(b), 26.1, 26.3(b), 42.3(a), 44.3. Hemphill did not respond; however, Moffett filed a motion to dismiss the appeal for want of jurisdiction.

Hemphill failed to file her notice of appeal within the thirty-day deadline imposed by the appellate rules and failed to give a reasonable explanation for its lateness, which divests this court of jurisdiction to hear her appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Therefore, we grant Moffett's motion to dismiss and dismiss Hemphill's appeal for want of jurisdiction. *See* Tex. R. App. P. 42.1(a)(1), 42.3(a), 43.2(f).

LEE GABRIEL<br>
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GABRIEL, JJ.

DELIVERED: January 9, 2014